| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Frank Theatres Management, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __August 16, 2018__      X _/s/ Bruce Frank_
                                        Signature of individual signing on behalf of debtor

**Bruce Frank**
Printed name

**President**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Frank Theatres Management, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF FLORIDA**

Case number (if known): **18-20022**

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Broward County Tax Collector<br>PO Box 29009<br>Fort Lauderdale, FL 33302-9009 | | For Information Purposes | | | | Unknown |
| Florida Department of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | | For Information Purposes | | | | Unknown |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19114 | | For Information Purposes | | | | Unknown |
| Internal Revenue Service<br>Attn: Special Procedures<br>P.O. Box 34045 Stop 572<br>Jacksonville, FL 32202 | | For Information Purposes | | | | Unknown |
| Las Olas Riverfront, LP<br>2434 East Las Olas Blvd<br>Fort Lauderdale, FL 33301 | | 17th Judicial Circuit, Broward County Case No. CACE-13-25993(08) | Disputed | | | $55,000.00 |
| Office of Attorney General<br>State of Florida<br>The Capitol PL-01<br>Tallahassee, FL 32399-1050 | | For Information Purposes | | | | Unknown |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **Frank Theatres Management, LLC** Case number *(if known)* **18-20022**
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Palm Beach County Tax Collector**<br>PO Box 3353<br>West Palm Beach, FL 33402-3353 | | **For Information Purposes** | | | | **Unknown** |
| **SEC Headquarters**<br>100 F Street, NE<br>Washington, DC 20549 | | **For Information Purposes** | | | | **Unknown** |
| **Securities and Exchange Commission**<br>801 Brickell Ave., Suite 1800<br>Miami, FL 33131 | | **For Information Purposes** | | | | **Unknown** |
| **United States Attorney General's Office**<br>US Department of Justice<br>950 Pennsylvania Avenue<br>Washington, DC 20530-0001 | | **For Information Purposes** | | | | **Unknown** |
| **US Attorney Southern District of Florida**<br>500 South Australian Avenue Suite 400<br>West Palm Beach, FL 33401 | | **For Information Purposes** | | | | **Unknown** |