UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                                                    Case No.: 18-20022-MAM
                                                                                          Chapter 11
FRANK THEATRES MANAGEMENT, LLC,

    Debtor.
_____/

**NOTICE OF APPEARANCE ON**
**BEHALF OF SECURED CREDITOR, THE BANCORP BANK**

PLEASE TAKE NOTICE that Heather L. Ries, Esquire and the Law Firm of Fox Rothschild LLP, hereby appear as counsel for Secured Creditor, The Bancorp Bank. In accordance with Rule 2002 of the Bankruptcy Rules, the undersigned requests that all notices given, or required to be given in this case, and all papers served, or required to be served in this case, be given to and served upon the following at the office, facsimile number, and electronic mail address as follows:

Heather L. Ries
hries@foxrothschild.com
Fox Rothschild LLP
777 S. Flagler Drive
Suite 1700 West Tower
West Palm Beach, FL 33401
Telephone: (561) 804-4419
Facsimile: (561) 835-9602

**FOX ROTHSCHILD LLP**
777 S. Flagler Drive
Suite 1700 West Tower
West Palm Beach, FL 33401
Telephone: (561) 804-4419
Facsimile: (561) 835-9602

*/s/* Heather L. Ries_____
Heather L. Ries
Florida Bar No. 581933
*Attorney for Secured Creditor, The Bancorp Bank*

61731527

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF to all parties on the attached list on this 17th day of August, 2018.

Respectfully submitted,

**FOX ROTHSCHILD LLP**

*/s/* Heather L. Ries_____
Heather L. Ries (Florida Bar No.: 581933)
hries@foxrothschild.com
777 S. Flagler Drive
Suite 1700 West Tower
West Palm Beach, FL 33401
Telephone: 561.835.9600
Facsimile: 561.835.9602

*Attorneys for Secured Creditor, The Bancorp Bank*

61731527

## SERVICE LIST

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

- Bradley S Shraiberg    bss@slp.law, dwoodall@slp.law; blee@slp.law; bshraibergecfmail@gmail.com; ematteo@slp.law;cdraper@slp.law

- Heather L. Ries    hries@foxrothschild.com, ralbert@foxrothschild.com

61731527