```
                         United States Bankruptcy Court
                          Southern District of Florida

In re:                                                      Case No. 18-20022-MAM
Frank Theatres Management, LLC                              Chapter 11
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 113C-9           User: montygier            Page 1 of 1                  Date Rcvd: Aug 20, 2018
                               Form ID: 309F              Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2018.
db           +Frank Theatres Management, LLC,    1003 W. Indiantown Rd, Suite 210,    Jupiter, FL 33458-6851
aty          +Heather L. Ries, Esq.,    777 South Flagler Drive, Suite 1700,    West Palm Beach, FL 33401-6159
cr           +The Bancorp Bank,    c/o Heather L. Ries, Esq.,    Fox Rothschild LLP,    777 S. Flagler Drive,
               Suite 1700 West Tower,    West Palm Beach, FL 33401-6161
94663037      Broward County Tax Collector,    PO Box 29009,    Fort Lauderdale, FL 33302-9009
94663042     +Las Olas Riverfront, LP,    c/o Jason R. Block,    Rennert Vogel Mandler & Rodriguez, PA,
               100 SE 2nd St., Ste 2900 - Miami Tower,    Miami, FL 33131-2119
94663041     +Las Olas Riverfront, LP,    2434 East Las Olas Blvd,    Fort Lauderdale, FL 33301-1573
94663043      Office of Attorney General,    State of Florida,    The Capitol PL-01,
               Tallahassee, FL 32399-1050
94663046     +Securities and Exchange Commission,    801 Brickell Ave., Suite 1800,    Miami, FL 33131-4901
94663048     +US Attorney Southern District of Florida,    500 South Australian Avenue,    Suite 400,
               West Palm Beach, FL 33401-6209
94663047      United States Attorney General's Office,    US Department of Justice,    950 Pennsylvania Avenue,
               Washington, DC 20530-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: bss@slp.law Aug 21 2018 01:37:16      Bradley S Shraiberg,
               2385 NW Executive Center Dr. #300,    Boca Raton, FL  33431
smg           EDI: FLDEPREV.COM Aug 21 2018 04:53:00      Florida Department of Revenue,    POB 6668,
               Bankruptcy Division,    Tallahassee, FL  32314-6668
smg           EDI: IRS.COM Aug 21 2018 04:53:00      IRS,    POB 7346,    Philadelphia, PA  19101-7346
ust          +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Aug 21 2018 01:38:31      Office of the US Trustee,
               51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
94663038      EDI: FLDEPREV.COM Aug 21 2018 04:53:00      Florida Department of Revenue,    P.O. Box 6668,
               Tallahassee, FL 32314-6668
94663044      E-mail/Text: legalservices@pbctax.com Aug 21 2018 01:38:50      Palm Beach County Tax Collector,
               PO Box 3353,    West Palm Beach, FL 33402-3353
94663045     +E-mail/Text: secbankruptcy@sec.gov Aug 21 2018 01:38:45      SEC Headquarters,
               100 F Street, NE,    Washington, DC 20549-2001
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
94663039*     +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
94663040*      Internal Revenue Service,    Attn: Special Procedures,    P.O. Box 34045,    Stop 572,
               Jacksonville, FL 32202
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2018                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2018 at the address(es) listed below:
              Bradley S Shraiberg    on behalf of Debtor    Frank Theatres Management, LLC bss@slp.law,
               dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;ematteo@slp.law;cdraper@slp.law
              Heather L. Ries, Esq.    on behalf of Creditor    The Bancorp Bank hries@foxrothschild.com,
               ralbert@foxrothschild.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                              TOTAL: 3
```

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | **Frank Theatres Management, LLC**<br>Name | EIN | **26–1767700** |
| United States Bankruptcy Court **Southern District of Florida**<br>Case number: **18–20022–MAM** | | Date case filed for chapter **11**  **8/17/18** | |

# Notice of Chapter 11 Bankruptcy Case

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See box 8 below for more information.)

**You may want to consult an attorney to protect your rights. The bankruptcy clerk's office staff cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

**WARNING TO DEBTOR:** WITHOUT FURTHER NOTICE OR HEARING THE COURT MAY DISMISS YOUR CASE FOR FAILURE OF THE DEBTOR TO APPEAR AT THE MEETING OF CREDITORS OR FAILURE TO TIMELY FILE REQUIRED SCHEDULES, STATEMENTS OR LISTS.

| | | | |
|---|---|---|---|
| 1. | **Debtor's Full Name** | Frank Theatres Management, LLC | |
| 2. | **All Other Names Used in the Last 8 Years** | | |
| 3. | **Address** | 1003 W. Indiantown Rd, Suite 210<br>Jupiter, FL 33458 | |
| 4. | **Debtor's Attorney**<br>(or Pro Se Debtor)<br>Name and address | Bradley S Shraiberg<br>2385 NW Executive Center Dr. #300<br>Boca Raton, FL 33431 | Contact phone (561) 443–0801 |
| 5. | **Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered** | Flagler Waterview Bldg<br>1515 N Flagler Dr #801<br>West Palm Beach FL 33401 | Hours open 8:30 a.m. – 4:00 p.m.<br>Contact Phone (561) 514–4100 |
| | Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format via CM/ECF at any clerk's office public terminal (at no charge for viewing) or via PACER on the internet accessible at www.pacer.gov (charges will apply). Case filing and unexpired deadline dates can be obtained by calling the Voice Case Information System toll–free at (866) 222–8029. As mandated by the Department of Homeland Security, ALL visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g. drivers' license, state identification card, passport, or immigration card.) | | **Note:** The clerk's office is closed on all legal holidays.<br><br>Clerk of Court: **Joseph Falzone**<br>Dated: **8/20/18** |
| 6. | ***MEETING OF CREDITORS***<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | October 2, 2018 at 09:00 AM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | ***LOCATION:**<br><br>**Flagler Waterview Bldg, 1515 N Flagler Dr Rm 870, West Palm Beach, FL 33401** |

**For more information, see page 2 >**

Local Form 309F USBC SDFL (Corporations or Partnerships)  (08/15/2018)  **Notice of Chapter 11 Bankruptcy Case**                                      page **1**

Debtor **Frank Theatres Management, LLC**                                                          Case number **18–20022–MAM**

| | | |
|---|---|---|
| 7. **Proof of Claim Deadline** | Deadline for all creditors to file a proof of claim (except governmental units): | Filing deadline: 12/31/18 |
| | Deadline for governmental units to file a proof of claim: | Filing deadline: 2/13/19 |
| **When Filing Proofs of Claim:** Claims may be delivered or mailed to the clerk's office. Creditors with internet access have the option to use the electronic claims filing program on the court website at www.flsb.uscourts.gov to electronically file a proof of claim. | **Deadlines for Filing Proof of Claim:**  A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.flsb.uscourts.gov or any bankruptcy clerk's office.  Your claim will be allowed in the amount scheduled unless:  • your claim is designated as *disputed, contingent,* or *unliquidated*;  • you file a proof of claim in a different amount; or  • you receive another notice.  If your claim is not scheduled or if your claim is designated as *disputed, contingent,* or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's officei or online at www.pacer.gov  Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. The deadline for filing objections to claims will be established pursuant to Local Rule 3007–1(B)(1).  **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing proofs of claim in this notice apply to all creditors. If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline to file a proof of claim. See also box 9 below. | |
| 8. **Exception to Discharge Deadline**  The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. Writing a letter to the court or judge is not sufficient. | If § 523 applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.  **Deadline for Filing the Complaint:**      12/03/2018 | |
| 9. **Creditors with a Foreign Address** | Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 10. **Filing a Chapter 11 Bankruptcy Case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| 11. **Option to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | 1) EBN program open to all parties. Register at the BNC website bankruptcynotices.uscourts.gov, **OR** 2) DeBN program open to debtors only. Register by filing with the Clerk of Court, Local Form "Debtor's Request to Receive Electronically Under DeBN Program". There is no charge for either option. See also Local Rule 9036–1(B) and (C). | |
| 12. **Translating Services** | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors. | |
| 13. **Discharge of Debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. §1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523 applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline in box 8. | |