UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

FRANK THEATRES MANAGEMENT, LLC,           Chapter 11

    Debtor.                                    Case No.: 18-20022-MAM
_____/

# CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the debtor-in-possession, Frank Theatres Management, LLC (the "Debtor"), files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition): **August 17, 2018**

2. Names, case numbers and dates of filing of related debtors:

- **Rio Mall, LLC; Petition Date: 6/28/2018; Case No. 18-17840-EPK**
- **Frank Investments, Inc.; Petition Date: 8/17/2018; Case No. 18-20019-EPK**
- **Frank Entertainment Companies, LLC; Petition Date: 8/17/2018; Case No. 18-20023-MAM**

3. Description of Debtor's business: **Common paymaster/Management Company**

4. Locations of debtor's operations and whether the business premises are leased or owned: **Jupiter, FL – neither leased nor owned**

5. Reasons for filing chapter 11: **Guaranty liabilities from SEC debts that were in default.**

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing: **Bruce S. Frank, Member/Manager. No direct salary or benefits. No compensation received.**

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition (these numbers include gross income from the Debtor's wholly owned operating company): **YTD 2018 Gross Income: $0; 2017 Gross Income: $0**

8. Amounts owed to various creditors:

    a. Obligations owed to priority creditors including priority tax obligations: **Unknown**

    b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims: **The debtor has no secured claims.**

    c. Amount of unsecured nonpriority claims: **Approximately $55,000.00**

9. General description and approximate value of the debtor's assets: **None**

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires.

| Insurer | Type of Policy | Policy # | Extent of Coverage | Is the Premium Current? | Expiration Date of Policy |
|---|---|---|---|---|---|
| Lexington | Property | AIP1333644200 | 17,917,000 | Yes | 11/1/18 |
| Hanover | General Liability | LHFD41735902 | 2,000,000 | Yes | 11/1/18 |
| Hanover | Umbrella Liability | UHFD41741300 | 5,000,000 | Yes | 11/1/18 |
| Hanover | Auto Liability | AWFA76825002 | 1,000,000 | Yes | 11/1/18 |
| Travelers | Boiler and Machinery | BME10L553324TIL18 | 75,000,000 | Yes | 7/1/19 |
| Everest Nation Insurance Co | Workers Compensation | CA10002881171 | 1,000,000 | Yes | 12/15/18 |
|  |  |  |  |  |  |

11. Number of employees and amounts of wages owed as of petition date: **140**

12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A): **Payroll taxes current; Some sales taxes delinquent.**

13. Anticipated relief to be requested within 14 days from the petition date:
    **(a) Application to employ bankruptcy counsel**

14. Ownership structure of the Debtor: **100% owned by Bruce S. Frank**

                                  **Frank Theatres Management, LLC**

                                  By: _____
                                       Bruce S. Frank, President

**ATTORNEY CERTIFICATION**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on this the 24th day of August, 2018.

Respectfully Submitted,

**SHRAIBERG, LANDAU & PAGE, P.A.**
Attorneys for the Debtor
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
pdorsey@slp.law

By: /s/ Patrick Dorsey
       Patrick Dorsey
       Florida Bar. No. 85841